UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

-vs-

SAHIR GARMO,

    Respondent.

_____/

MISC. NO. 14-mc-51301

HON. ROBERT CLELAND

### ORDER OF DISMISSAL

Petitioner having advised the Court that respondent, Sahir Garmo, has complied with the Internal Revenue Service Summons served upon her on April 3, 2014, by providing the Revenue Officer with the information sought in the summons;

IT IS HEREBY ORDERED that this case brought against respondent, Sahir Garmo, by the petitioner is hereby dismissed without prejudice and without costs to either party.

    S/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated:  May 13, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, May 13, 2015, by electronic and/or ordinary mail.

    S/Lisa Wagner
    Case Manager and Deputy Clerk
    (313) 234-5522